## 2770.  POWER v. THE STATE.

RUSSELL, J.  1. The evidence authorized the conviction, and the ruling
   is controlled by the decisions in *Colbert* v. *State*, supra, *Griffin* v. *State*,
   2 *Ga. App.* 534 (58 S. E. 781), and *Harman* v. *State*, 120 *Ga.* 197 (47
   S. E. 547).

2. There was no error in overruling the motion for a continuance. The
   evidence showed that the absent witness was inaccessible, and it was
   not shown and could not be shown that his attendance was expected at
   the next term of court.  *Howard* v. *State*, 7 *Ga. App.* 61 (65 S. E.
   1076).                                            *Judgment affirmed.*

DECIDED NOVEMBER 11, 1910.

Accusation of gaming; from city court of Danielsville—Judge
Moseley.  June 15, 1910.

*Clarence E. Adams,* for plaintiff in error.

*Thomas J. Brown,* solicitor-general, *J. F. L. Bond,* solicitor,
contra.

---

## 2774.  MIZE v. MASHBURN.

HILL, C. J.  1. Young owed Mashburn an account for $13.20, and Mize
   agreed with both Mashburn and Young that he (Mize) would pay this
   debt to Mashburn, provided Young would work for Mize until he had
   earned a sufficient sum to pay the debt. In pursuance of this agree-
   ment Young did work for Mize until Mize owed him enough to pay his
   debt to Mashburn. *Held,* that the promise of Mize to pay Young's debt
   was not within the statute of frauds, but by agreement Mize became the
   debtor by substitution, and Young had fully performed. *Howell* v.
   *Field,* 70 *Ga.* 592 (1); *Bohannon* v. *Jones,* 30 *Ga.* 488; *Anderson* v.
   *Whitehead,* 55 *Ga.* 278.

2. Where A sues B on an account for a sum certain, and there is no dis-
   pute as to the amount of the account, it being admitted that if B owes
   A anything he owes the amount of the account sued, a verdict in favor
   of A, without stating any amount, is not void for uncertainty. "A
   verdict is certain which can be made certain by what itself contains or
   by the record." *Giles* v. *Spinks,* 64 *Ga.* 205; *Harvey* v. *Head,* 68 *Ga.*
   247; *Telfair County* v. *Clements,* 1 *Ga. App.* 437 (57 S. E. 1059).

3. The verdict of the jury in the justice's court was right, and the superior
   court did not err in overruling the certiorari.  *Judgment affirmed.*

DECIDED NOVEMBER 11, 1910.

Certiorari; from Walker superior court—Judge Maddox.  May
4, 1910.

*H. P. Lumpkin, Z. D. Harrison,* for plaintiff in error.

*J. E. Rosser,* contra.